**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| KAYLA TAYLOR, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BIOHAVEN LTD., VLAD CORIC, and MATTHEW BUTEN,<br><br>    Defendants. | CASE No.: 3:25-cv-01120-JCH<br><br>**NOTICE OF MOTION AND MOTION OF SEBASTIAN BARTHELMESS TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br><u>**CLASS ACTION**</u> |

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Sebastian Barthelmess ("Movant") hereby moves this Court, the Honorable Janet C. Hall, on a date and at a time to be designated by the Court, for an order:

(a)    appointing Movant to serve as Lead Plaintiff in this action; and

(b)    approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel and Faxon Law Group, LLC as Liaison Counsel for the litigation.

In support of this Motion, Movants submit: (i) the Memorandum of Law dated September 12, 2025 (and exhibits); (ii) the Declaration of Brittany Cates and exhibits filed herewith; and (iii) a [Proposed] Order Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel.

1

Dated: September 12, 2025

Respectfully submitted,

**FAXON LAW GROUP, LLC**

/s/ Brittany Cates
Brittany Cates, Esq.
59 Elm Street
New Haven, CT 06510
Telephone: 203.624.9500
Email: bcates@faxonlawgroup.com

*[Proposed] Liaison Counsel for Plaintiff and the Class*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

**THE SCHALL LAW FIRM**
Brian Schall, Esq.
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com

*Additional Counsel for Movant*

2

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 12, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/ Brittany Cates</u>