## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAYLA TAYLOR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIOHAVEN LTD., VLAD CORIC, and MATTHEW BUTEN,<br><br>Defendants. | **CASE No.: 3:25-cv-01120-JCH**<br><br>**DECLARATION OF BRITTANY CATES IN SUPPORT OF MOTION OF SEBASTIAN BARTHELMESS TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>**<u>CLASS ACTION</u>** |

I, Brittany Cates, hereby declare under penalty of perjury:

1.      I am a partner of Faxon Law Group, LLC, [Proposed] Liaison Counsel in this action. I have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of Connecticut and before this Court. I make this Declaration in support of the Motion of Sebastian Barthelmess ("Movant") to be appointed as Lead Plaintiff and for approval of The Rosen Law Firm, P.A. to serve as Lead Counsel and Faxon Law Group, LLC to serve as Liaison Counsel.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice that a law firm disseminated on a national wire service.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Movant's PSLRA certification.

4.      Attached hereto as Exhibit 3 is a true and correct copy of Movant's loss chart.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the firm resume of The Rosen Law Firm, P.A.

1

2

6.      Attached hereto as Exhibit 5 is a true and correct copy of the firm resume of Faxon Law Group, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: September 12, 2025                    /s/ Brittany Cates
                                                Brittany Cates

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 12, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/ Brittany Cates</u>