# Exhibit 3

**Biohaven Ltd. Loss Chart**
**Class Period: March 24, 2023 through May 14, 2025**

**Lookback Price**
$14.900

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sebastian Barthelmess | 11/21/2024 | 16 | ($46.00) | ($736.00) | | | | | | | |
| | 11/21/2024 | 9 | ($46.00) | ($414.00) | | | | | | | |
| | 11/21/2024 | 9 | ($46.00) | ($414.00) | | | | | | | |
| | 11/21/2024 | 5 | ($46.00) | ($230.00) | | | | | | | |
| | 11/21/2024 | 7 | ($46.00) | ($322.00) | | | | | | | |
| | 11/21/2024 | 6 | ($46.00) | ($276.00) | | | | | | | |
| | 11/21/2024 | 5 | ($46.00) | ($230.00) | | | | | | | |
| | 11/21/2024 | 6 | ($46.00) | ($276.00) | | | | | | | |
| | 11/21/2024 | 7 | ($46.00) | ($322.00) | | | | | | | |
| | 11/21/2024 | 5 | ($46.00) | ($230.00) | | | | | | | |
| | 11/21/2024 | 10 | ($46.00) | ($460.00) | | | | | | | |
| | 11/21/2024 | 13 | ($46.00) | ($598.00) | | | | | | | |
| | 11/21/2024 | 7 | ($46.00) | ($322.00) | | | | | | | |
| | 11/21/2024 | 7 | ($46.00) | ($322.00) | | | | | | | |
| | 11/21/2024 | 8 | ($46.00) | ($368.00) | | | | | | | |
| | 11/21/2024 | 7 | ($46.00) | ($322.00) | | | | | | | |
| | 11/21/2024 | 6 | ($46.00) | ($276.00) | | | | | | | |
| | 11/21/2024 | 5 | ($46.00) | ($230.00) | | | | | | | |
| | 11/21/2024 | 5 | ($46.00) | ($230.00) | | | | | | | |
| | 11/21/2024 | 7 | ($46.00) | ($322.00) | | | | | | | |
| | 11/21/2024 | 7 | ($46.00) | ($322.00) | | | | | | | |
| | 11/21/2024 | 6 | ($46.00) | ($276.00) | | | | | | | |
| | 11/21/2024 | 12 | ($46.00) | ($552.00) | | | | | | | |
| | 11/21/2024 | 1,825 | ($46.00) | ($83,950.00) | | | | | | | |
| | | 2,000 | | ($92,000) | | | | | 2,000 | $29,800.000 | ($62,200.000) |