# EXHIBIT 5

<u>FIRM RESUME -- FAXON LAW GROUP. LLC</u>

Faxon Law Group, LLC (FLG) and its principals have handled many complex litigation, multi-party and class action matters in Connecticut and elsewhere over the past decades. Partners, Joel T. Faxon, Timothy P. Pothin and Brittany S. Cates have practiced law for 31, 40, and 20 years, respectively. Representative engagements include: Currently seeking co-lead counsel status in consolidated actions against Kent School pending in the Connecticut Superior Court Complex Litigation Docket for claims arising out of the theft of thousands of sensitive images of former students by a former employee; co-lead counsel in the consolidated St. Francis Hospital Litigation involving hundreds of claims arising out of sexual abuse by disgraced physician George Reardon; lead counsel for claims arising out of the Middletown Kleen Energy Power Plant explosion; liaison counsel in the *Host America* class action securities litigation in the Superior Court of Connecticut and the Connecticut Federal District Court; liaison counsel for the class in the *Lovesac* securities litigation in Connecticut Federal District Court; liaison counsel for fee objectors in the nationally coordinated *In re: VIOXX* MDL Litigation; and, lead counsel for consolidated litigation arising out of sex trafficking matters in Bridgeport Superior Court involving defendant Bruce Bemer.

In addition, FLG has represented scores of injured parties in many multi-district litigation matters across the country including: *In re: Exactech; In re: Stryker; In re: Celebrex; In re: Bextra; In re: Stryker Pinnacle; In re: Bard Pelvic Mesh; In re: DePuy; In re: Smith & Nephew; In re: Zimmer,* among others.  FLG specializes in complex, high- value litigation.  The Firm's members are in good standing in all of the jurisdictions in which they practice, including: Connecticut, New York, Vermont, Massachusetts and multiple Federal District Courts and Courts of Appeal across the country. Joel T. Faxon and Timothy P. Pothin are board certified civil trial advocates by the National Board of Legal Specialization and are members of the American Board of Trial Advocates.