**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| KAYLA TAYLOR, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BIOHAVEN LTD., VLAD CORIC, and MATTHEW BUTEN, <br><br> Defendants. | Case No.: 3:25-cv-01120-JCH |

**MOTION OF HOWARD NEWCOMB FOR APPOINTMENT AS**
**LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Howard Newcomb ("Movant") respectfully moves this Court for an order: (1) appointing Movant as lead plaintiff in the above-captioned action (the "Action") pursuant to Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (2) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks appointment as lead plaintiff and approval of his choice of counsel pursuant to the Exchange Act, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached memorandum of law, the declaration of Shannon L. Hopkins in support thereof, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

*[Signature on Following Page]*

Dated: September 12, 2025            Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

*/s/ Shannon L. Hopkins*
Shannon L. Hopkins
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com

   -and-

Adam M. Apton
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171

*Lead Counsel for Howard Newcomb and*
*[Proposed] Lead Counsel for the Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that on September 12, 2025, I electronically filed the foregoing document with the Clerk of the Court CM/ECF.

*/s/ Shannon L. Hopkins*
Shannon L. Hopkins