**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| KAYLA TAYLOR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIOHAVEN LTD., VLAD CORIC, and MATTHEW BUTEN,<br><br>Defendants. | Case No.: 3:25-cv-01120-JCH |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF HOWARD NEWCOMB'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Shannon L. Hopkins, hereby declare as follows:

1.     I am a partner at Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Howard Newcomb ("Movant") and proposed lead counsel for the Class.

2.     I submit this Declaration, together with the attached exhibits, in support of Movant's motion to appoint his to serve as Lead Plaintiff on behalf of the putative Class in the above-captioned action (the "Action") and to approve Movant's selection of Levi & Korsinsky as lead counsel for the class. Attached hereto as the exhibits indicated are true and correct copies of the following:

**Exhibit A**:     Certification of Movant attaching transactions made in Biohaven Ltd. ("Biohaven" or the "Company") during the Class Period;

**Exhibit B**:     Table of the calculated losses incurred by Movant as a result of transactions in Biohaven securities;

**Exhibit C**:     Press release published July 14, 2025 on *Access Newswire*, announcing the

pendency of the Action;

**Exhibit D**:    Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:    Firm résumé of Levi & Korsinsky.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: September 12, 2025                    By: */s/ Shannon L. Hopkins*
                                                    Shannon L. Hopkins

## CERTIFICATE OF SERVICE

I HEREBY certify that on September 12, 2025, I electronically filed the foregoing document with the Clerk of the Court CM/ECF.


/s/ *Shannon L. Hopkins*
Shannon L. Hopkins