# EXHIBIT A

# Certification of Plaintiff Pursuant to Federal Securities Laws

I, Howard Newcomb, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Biohaven Ltd. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury that the foregoing is true and correct. Executed this

Date: 09/12/2025

Name: Howard Newcomb

Signature:

**ASSIGNMENT**

I, Martha J. Newcomb, the undersigned Assignor ("Assignor"), hereby assigns, transfers, and sets over to Howard Newcomb, all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of the publicly traded securities of Biohaven Ltd.(BHVN). Further, the Assignor hereby appoints Howard Newcomb as her true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Howard Newcomb.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

Signed this

Date: 09/12/2025

Signature:

Name: Martha J. Newcomb

| Case Name | Biohaven Ltd. |
|---|---|
| Ticker | BHVN |
| Class Period | 03-24-2023 to 05-14-2025 |

| Client Name |
|---|
| Howard Newcomb |
| Account 1 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 04-28-2023 | P | 400 | $ 12.5200 |
| 10-31-2023 | P | 200 | $ 26.0000 |
| 11-06-2023 | P | 250 | $ 29.7000 |
| 11-06-2023 | P | 250 | $ 29.5000 |
| 11-09-2023 | P | 250 | $ 27.5200 |
| 11-13-2023 | P | 100 | $ 27.5200 |
| 11-21-2023 | P | 150 | $ 29.5200 |
| 12-18-2023 | P | 250 | $ 39.5200 |
| 12-18-2023 | P | 250 | $ 39.0000 |
| 12-19-2023 | P | 250 | $ 38.0000 |
| 12-20-2023 | P | 250 | $ 36.5300 |
| 12-20-2023 | P | 250 | $ 36.0000 |
| 12-20-2023 | P | 250 | $ 35.0000 |
| 01-08-2024 | P | 500 | $ 46.9900 |
| 01-11-2024 | P | 500 | $ 45.0000 |
| 01-18-2024 | P | 250 | $ 42.7500 |
| 04-15-2024 | P | 250 | $ 47.0000 |
| 04-18-2024 | P | 250 | $ 42.5200 |
| 05-10-2024 | P | 750 | $ 35.5200 |
| 11-15-2024 | S | -500 | $ 45.9500 |
| 11-15-2024 | S | -100 | $ 45.8600 |
| 11-15-2024 | S | -100 | $ 45.8600 |
| 11-15-2024 | S | -100 | $ 45.8500 |
| 11-15-2024 | S | -100 | $ 45.8500 |
| 11-15-2024 | S | -48 | $ 45.8800 |
| 11-15-2024 | S | -25 | $ 45.8700 |
| 11-15-2024 | S | -25 | $ 45.8600 |
| 11-15-2024 | S | -1 | $ 45.8800 |
| 11-15-2024 | S | -1 | $ 45.8800 |
| 02-11-2025 | P | 500 | $ 40.0000 |
| 02-21-2025 | S | -500 | $ 37.5100 |
| 03-31-2025 | P | 500 | $ 24.5200 |
| 04-04-2025 | P | 500 | $ 18.0000 |

| Case Name | Biohaven Ltd. |
| --- | --- |
| Ticker | BHVN |
| Class Period | 03-24-2023 to 05-14-2025 |

| Client Name |
| --- |
| Howard Newcomb |
| Account 2 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
| --- | --- | --- | --- |
| 11-06-2023 | P | 50 | $ 29.6500 |
| 11-06-2023 | P | 100 | $ 29.9500 |
| 11-06-2023 | P | 100 | $ 29.9000 |
| 11-06-2023 | P | 400 | $ 29.6200 |
| 11-09-2023 | P | 75 | $ 28.5200 |
| 11-13-2023 | P | 75 | $ 27.5200 |
| 11-22-2023 | P | 200 | $ 29.4000 |
| 12-20-2023 | P | 250 | $ 36.5300 |
| 12-20-2023 | P | 250 | $ 35.0000 |
| 01-08-2024 | P | 250 | $ 46.9500 |
| 01-10-2024 | P | 250 | $ 46.5000 |
| 04-15-2024 | P | 250 | $ 47.0000 |
| 04-18-2024 | P | 250 | $ 42.5200 |
| 04-25-2024 | S | -500 | $ 36.9100 |
| 07-29-2024 | S | -1000 | $ 40.0800 |
| 09-23-2024 | S | -250 | $ 47.5200 |
| 11-15-2024 | S | -309 | $ 45.9600 |
| 11-15-2024 | S | -252 | $ 45.9500 |
| 11-15-2024 | S | -189 | $ 45.9700 |
| 12-12-2024 | P | 500 | $ 40.3000 |
| 12-13-2024 | P | 250 | $ 38.0000 |
| 12-19-2024 | P | 250 | $ 35.0000 |
| 02-11-2025 | P | 500 | $ 40.0000 |
| 03-04-2025 | P | 500 | $ 30.0000 |
| 03-31-2025 | P | 500 | $ 24.5200 |
| 04-04-2025 | P | 500 | $ 18.0000 |

| Case Name | Biohaven Ltd. |
| --- | --- |
| Ticker | BHVN |
| Class Period | 03-24-2023 to 05-14-2025 |

| Client Name |
| --- |
| Howard Newcomb |
| Account 3 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
| --- | --- | --- | --- |
| 12-13-2024 | P | 262 | $ 38.1700 |
| 03-03-2025 | P | 138 | $ 32.0000 |
| 04-04-2025 | P | 100 | $ 18.0000 |