# EXHIBIT B

| Client Name | Howard Newcomb |
|---|---|
| Company Name | Biohaven Ltd. |
| Ticker Symbol | BHVN |
| Security Type | |
| Class Period Start | 03-24-2023 |
| Class Period End | 05-14-2025 |
| 90-DAY Lookback Period Start | 05-15-2025 |
| 90-DAY Lookback Period End | 08-12-2025 |
| 90-DAY Lookback Average | $ 14.80 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $94,489.06 |
| DURA LIFO* Total | $93,244.06 |
| Gross Shares Purchased | 7,100 |
| Net Shares Retained | 5,600 |
| Net Funds Expended | $177,383.75 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 04-28-2023 | 400 | 12.52 | $ 5,008.00 | | | | | | - | 400 | 400 | $ 14.80 | $ 5,921.05 | -$ 913.05 | -$ 913.05 |
| 10-31-2023 | 200 | 26 | $ 5,200.00 | | | | | | - | 200 | 200 | $ 14.80 | $ 2,960.52 | $ 2,239.48 | $ 2,239.48 |
| 11-06-2023 | 250 | 29.7 | $ 7,425.00 | | | | | | - | 250 | 250 | $ 14.80 | $ 3,700.66 | $ 3,724.34 | $ 3,724.34 |
| 11-06-2023 | 250 | 29.5 | $ 7,375.00 | | | | | | - | 250 | 250 | $ 14.80 | $ 3,700.66 | $ 3,674.34 | $ 3,674.34 |
| 11-09-2023 | 250 | 27.52 | $ 6,880.00 | | | | | | - | 250 | 250 | $ 14.80 | $ 3,700.66 | $ 3,179.34 | $ 3,179.34 |
| 11-13-2023 | 100 | 27.52 | $ 2,752.00 | | | | | | - | 100 | 100 | $ 14.80 | $ 1,480.26 | $ 1,271.74 | $ 1,271.74 |
| 11-21-2023 | 150 | 29.52 | $ 4,428.00 | | | | | | - | 150 | 150 | $ 14.80 | $ 2,220.39 | $ 2,207.61 | $ 2,207.61 |
| 12-18-2023 | 250 | 39.52 | $ 9,880.00 | | | | | | - | 250 | 250 | $ 14.80 | $ 3,700.66 | $ 6,179.34 | $ 6,179.34 |
| 12-18-2023 | 250 | 39 | $ 9,750.00 | | | | | | - | 250 | 250 | $ 14.80 | $ 3,700.66 | $ 6,049.34 | $ 6,049.34 |
| 12-19-2023 | 250 | 38 | $ 9,500.00 | | | | | | - | 250 | 250 | $ 14.80 | $ 3,700.66 | $ 5,799.34 | $ 5,799.34 |
| 12-20-2023 | 250 | 36.53 | $ 9,132.50 | | | | | | - | 250 | 250 | $ 14.80 | $ 3,700.66 | $ 5,431.84 | $ 5,431.84 |
| 12-20-2023 | 250 | 36 | $ 9,000.00 | | | | | | - | 250 | 250 | $ 14.80 | $ 3,700.66 | $ 5,299.34 | $ 5,299.34 |
| 12-20-2023 | 250 | 35 | $ 8,750.00 | | | | | | - | 250 | 250 | $ 14.80 | $ 3,700.66 | $ 5,049.34 | $ 5,049.34 |
| 01-08-2024 | 500 | 46.99 | $ 23,495.00 | | | | | | - | 500 | 500 | $ 14.80 | $ 7,401.31 | $ 16,093.69 | $ 16,093.69 |
| 01-11-2024 | 500 | 45 | $ 22,500.00 | | | | | | - | 500 | 500 | $ 14.80 | $ 7,401.31 | $ 15,098.69 | $ 15,098.69 |
| 01-18-2024 | 250 | 42.75 | $ 10,687.50 | | | | | | - | 250 | 250 | $ 14.80 | $ 3,700.66 | $ 6,986.84 | $ 6,986.84 |
| 04-15-2024 | 250 | 47 | $ 11,750.00 | | | | | | - | 250 | 250 | $ 14.80 | $ 3,700.66 | $ 8,049.34 | $ 8,049.34 |
| 04-18-2024 | 50 | 42.52 | $ 2,126.00 | 11-15-2024 | 50 | | $ 45.85 | $ 2,292.50 | - | - | - | $ 14.80 | | -$ 166.50 | -$ 166.50 |
| 04-18-2024 | 100 | 42.52 | $ 4,252.00 | 11-15-2024 | 100 | | $ 45.85 | $ 4,585.00 | - | - | - | $ 14.80 | | -$ 333.00 | -$ 333.00 |
| 04-18-2024 | 48 | 42.52 | $ 2,040.96 | 11-15-2024 | 48 | | $ 45.88 | $ 2,202.24 | - | - | - | $ 14.80 | | -$ 161.28 | -$ 161.28 |
| 04-18-2024 | 25 | 42.52 | $ 1,063.00 | 11-15-2024 | 25 | | $ 45.87 | $ 1,146.75 | - | - | - | $ 14.80 | | -$ 83.75 | -$ 83.75 |
| 04-18-2024 | 25 | 42.52 | $ 1,063.00 | 11-15-2024 | 25 | | $ 45.86 | $ 1,146.50 | - | - | - | $ 14.80 | | -$ 83.50 | -$ 83.50 |
| 04-18-2024 | 1 | 42.52 | $ 42.52 | 11-15-2024 | 1 | | $ 45.88 | $ 45.88 | - | - | - | $ 14.80 | | -$ 03.36 | -$ 03.36 |
| 04-18-2024 | 1 | 42.52 | $ 42.52 | 11-15-2024 | 1 | | $ 45.88 | $ 45.88 | - | - | - | $ 14.80 | | -$ 03.36 | -$ 03.36 |
| 05-10-2024 | 500 | 35.52 | $ 17,760.00 | 11-15-2024 | 500 | | $ 45.95 | $ 22,975.00 | - | - | - | $ 14.80 | | -$ 5,215.00 | -$ 5,215.00 |
| 05-10-2024 | 100 | 35.52 | $ 3,552.00 | 11-15-2024 | 100 | | $ 45.86 | $ 4,586.00 | - | - | - | $ 14.80 | | -$ 1,034.00 | -$ 1,034.00 |
| 05-10-2024 | 100 | 35.52 | $ 3,552.00 | 11-15-2024 | 100 | | $ 45.86 | $ 4,586.00 | - | - | - | $ 14.80 | | -$ 1,034.00 | -$ 1,034.00 |
| 05-10-2024 | 50 | 35.52 | $ 1,776.00 | 11-15-2024 | 50 | | $ 45.85 | $ 2,292.50 | - | - | - | $ 14.80 | | -$ 516.50 | -$ 516.50 |
| 02-11-2025 | 500 | 40 | $ 20,000.00 | 02-21-2025 | 500 | | $ 37.51 | $ 18,755.00 | - | - | - | $ 14.80 | | $ 1,245.00 | |
| 03-31-2025 | 500 | 24.52 | $ 12,260.00 | | | | | | - | 500 | 500 | $ 14.80 | $ 7,401.31 | $ 4,858.69 | $ 4,858.69 |
| 04-04-2025 | 500 | 18 | $ 9,000.00 | | | | | | - | 500 | 500 | $ 14.80 | $ 7,401.31 | $ 1,598.69 | $ 1,598.69 |
| Total: | 7,100 | | $242,043.00 | | 1,500 | | | $64,659.25 | | 5,600 | 5,600 | | $82,894.69 | $94,489.06 | $93,244.06 |

| Client Name | Howard Newcomb |
|---|---|
| Company Name | Biohaven Ltd. |
| Ticker Symbol | BHVN |
| Security Type | |
| Class Period Start | 03-24-2023 |
| Class Period End | 05-14-2025 |
| 90-DAY Lookback Period Start | 05-15-2025 |
| 90-DAY Lookback Period End | 08-12-2025 |
| 90-DAY Lookback Average | $ 14.80 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $38,391.26 |
| DURA LIFO* Total | $31,143.76 |
| Gross Shares Purchased | 5,500 |
| Net Shares Retained | 3,000 |
| Net Funds Expended | $82,799.13 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 11-06-2023 | 50 | 29.65 | $ 1,482.50 | 11-15-2024 | 50 | | $ 45.97 | $ 2,298.50 | - | - | - | $ 14.80 | | -$ 816.00 | -$ 816.00 |
| 11-06-2023 | 100 | 29.95 | $ 2,995.00 | 11-15-2024 | 100 | | $ 45.97 | $ 4,597.00 | - | - | - | $ 14.80 | | -$ 1,602.00 | -$ 1,602.00 |

| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-06-2023 | 61 | 29.9 | $1,823.90 | 11-15-2024 | 61 | | $45.95 | $2,802.95 | | | | $14.80 | | -$979.05 | -$979.05 |
| 11-06-2023 | 39 | 29.9 | $1,166.10 | 11-15-2024 | 39 | | $45.97 | $1,792.83 | - | - | - | $14.80 | | -$626.73 | -$626.73 |
| 11-06-2023 | 209 | 29.62 | $6,190.58 | 11-15-2024 | 209 | | $45.96 | $9,605.64 | - | - | - | $14.80 | | -$3,415.06 | -$3,415.06 |
| 11-06-2023 | 191 | 29.62 | $5,657.42 | 11-15-2024 | 191 | | $45.95 | $8,776.45 | - | - | - | $14.80 | | -$3,119.03 | -$3,119.03 |
| 11-09-2023 | 75 | 28.52 | $2,139.00 | 11-15-2024 | 75 | | $45.96 | $3,447.00 | - | - | - | $14.80 | | -$1,308.00 | -$1,308.00 |
| 11-13-2023 | 50 | 27.52 | $1,376.00 | 09-23-2024 | 50 | | $47.52 | $2,376.00 | - | - | - | $14.80 | | -$1,000.00 | -$1,000.00 |
| 11-13-2023 | 25 | 27.52 | $688.00 | 11-15-2024 | 25 | | $45.96 | $1,149.00 | - | - | - | $14.80 | | -$461.00 | -$461.00 |
| 11-22-2023 | 200 | 29.4 | $5,880.00 | 09-23-2024 | 200 | | $47.52 | $9,504.00 | - | - | - | $14.80 | | -$3,624.00 | -$3,624.00 |
| 12-20-2023 | 250 | 36.53 | $9,132.50 | 07-29-2024 | 250 | | $40.08 | $10,020.00 | - | - | - | $14.80 | | -$887.50 | -$887.50 |
| 12-20-2023 | 250 | 35 | $8,750.00 | 07-29-2024 | 250 | | $40.08 | $10,020.00 | - | - | - | $14.80 | | -$1,270.00 | -$1,270.00 |
| 01-08-2024 | 250 | 46.95 | $11,737.50 | 07-29-2024 | 250 | | $40.08 | $10,020.00 | - | - | - | $14.80 | | $1,717.50 | |
| 01-10-2024 | 250 | 46.5 | $11,625.00 | 07-29-2024 | 250 | | $40.08 | $10,020.00 | - | - | - | $14.80 | | $1,605.00 | |
| 04-15-2024 | 250 | 47 | $11,750.00 | 04-25-2024 | 250 | | $36.91 | $9,227.50 | - | - | - | $14.80 | | $2,522.50 | |
| 04-18-2024 | 250 | 42.52 | $10,630.00 | 04-25-2024 | 250 | | $36.91 | $9,227.50 | - | - | - | $14.80 | | $1,402.50 | |
| 12-12-2024 | 500 | 40.3 | $20,150.00 | | | | | | - | 500 | 500 | $14.80 | $7,401.31 | $12,748.69 | $12,748.69 |
| 12-13-2024 | 250 | 38 | $9,500.00 | | | | | | - | 250 | 250 | $14.80 | $3,700.66 | $5,799.34 | $5,799.34 |
| 12-19-2024 | 250 | 35 | $8,750.00 | | | | | | - | 250 | 250 | $14.80 | $3,700.66 | $5,049.34 | $5,049.34 |
| 02-11-2025 | 500 | 40 | $20,000.00 | | | | | | - | 500 | 500 | $14.80 | $7,401.31 | $12,598.69 | $12,598.69 |
| 03-04-2025 | 500 | 30 | $15,000.00 | | | | | | - | 500 | 500 | $14.80 | $7,401.31 | $7,598.69 | $7,598.69 |
| 03-31-2025 | 500 | 24.52 | $12,260.00 | | | | | | - | 500 | 500 | $14.80 | $7,401.31 | $4,858.69 | $4,858.69 |
| 04-04-2025 | 500 | 18 | $9,000.00 | | | | | | - | 500 | 500 | $14.80 | $7,401.31 | $1,598.69 | $1,598.69 |
| **Total:** | **5,500** | | **$187,683.50** | | **2,500** | | | **$104,884.37** | | **3,000** | **3,000** | | **$44,407.87** | **$38,391.26** | **$31,143.76** |

| | |
|---|---|
| **Client Name** | Howard Newcomb |
| **Company Name** | Biohaven Ltd. |
| **Ticker Symbol** | BHVN |
| **Security Type** | |
| **Class Period Start** | 03-24-2023 |
| **Class Period End** | 05-14-2025 |
| **90-DAY Lookback Period Start** | 05-15-2025 |
| **90-DAY Lookback Period End** | 08-12-2025 |
| **90-DAY Lookback Average** | $ 14.80 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $8,815.23 |
| **DURA LIFO* Total** | $8,815.23 |
| **Gross Shares Purchased** | 500 |
| **Net Shares Retained** | 500 |
| **Net Funds Expended** | $16,216.54 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 12-13-2024 | 262 | 38.17 | $10,000.54 | | | | | | - | 262 | 262 | $14.80 | $3,878.29 | $6,122.25 | $6,122.25 |
| 03-03-2025 | 138 | 32 | $4,416.00 | | | | | | - | 138 | 138 | $14.80 | $2,042.76 | $2,373.24 | $2,373.24 |
| 04-04-2025 | 100 | 18 | $1,800.00 | | | | | | - | 100 | 100 | $14.80 | $1,480.26 | $319.74 | $319.74 |
| **Total:** | **500** | | **$16,216.54** | | | | | | | **500** | **500** | | **$7,401.31** | **$8,815.23** | **$8,815.23** |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCOUNTS | |
|---|---|
| **LIFO Loss Total** | $141,695.55 |
| **DURALIFO* Total** | $133,203.05 |
| **Gross Shares Purchased** | 13,100 |
| **Net Shares Retained** | 9,100 |
| **Net Funds Expended** | $276,399.42 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.