UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| KAYLA TAYLOR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIOHAVEN LTD., VLAD CORIC, and MATTHEW BUTEN,<br><br>Defendants. | Case No.  3:25-cv-01120-JCH<br><br>**September 12, 2025** |

DECLARATION OF EMILY C. FINESTONE IN SUPPORT OF MOTION
OF JOHN C. SASSE FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL

I, Emily C. Finestone, hereby declare as follows:

1. I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of John C. Sasse ("Sasse"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Sasse's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz as Lead Counsel for the Class.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Assignment of claims to Sasse from Eileen R. Sasse; |
| Exhibit B: | Chart setting forth Sasse's financial interest in this litigation; |
| Exhibit C: | Press release published via *ACCESS Newswire* on July 14, 2025, announcing the pendency of the Action; |
| Exhibit D: | Shareholder Certification executed by Sasse; |
| Exhibit E: | Declaration executed by Sasse; and |
| Exhibit F: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on September 12, 2025.

*/s/ Emily C. Finestone*
Emily C. Finestone

1

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 12, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Emily C. Finestone*
Emily C. Finestone
