# EXHIBIT A

# ASSIGNMENT

Eileen R. Sasse ("Assignor") hereby assigns, transfers, and sets over to John C. Sasse all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase, acquisition, or sale of the publicly traded securities of Biohaven Ltd. Further, the Assignor hereby appoints John C. Sasse as her true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. John C. Sasse agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of John C. Sasse.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** ___9/12/2025_____
                              **(Date)**

Signed by:

*Eileen R. Sasse*
E6B56AAC540A464

_____
Eileen R. Sasse