# EXHIBIT B

**Biohaven Ltd. (BHVN)**
**Class Period: March 24, 2023 to May 14, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $14.8026 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | |
| John C. Sasse, Acct 1 | | 3,978 | | ($132,671) | | 0 | | $0 | 3,978 | $58,885 | ($73,786) |
| John C. Sasse, Acct 2 | | 180 | | ($9,855) | | 0 | | $0 | 180 | $2,664 | ($7,191) |
| John C. Sasse, Acct 3 | | 6,883 | | ($262,761) | | 0 | | $0 | 6,883 | $101,886 | ($160,875) |
| John C. Sasse, Acct 4 | | 200 | | ($8,950) | | 0 | | $0 | 200 | $2,961 | ($5,989) |
| **John C. Sasse** | | **11,241** | | **($414,237)** | | **0** | | **$0** | **11,241** | **$166,396** | **($247,841)** |
| | | | | | | | | | | | |
| Account 1 | | | | | | | | | | | |
| John C. Sasse | 12/7/2023 | 1,000 | $33.0200 | ($33,020) | | | | | | | |
| John C. Sasse | 12/7/2023 | 2,500 | $33.0000 | ($82,500) | | | | | | | |
| John C. Sasse | 12/8/2023 | 28 | $33.8800 | ($949) | | | | | | | |
| John C. Sasse | 12/8/2023 | 400 | $34.0000 | ($13,600) | | | | | | | |
| John C. Sasse | 4/1/2024 | 50 | $52.0500 | ($2,603) | | | | | | | |
| **John C. Sasse** | | **3,978** | | **($132,671)** | | **0** | | **$0** | **3,978** | **$58,885** | **($73,786)** |
| | | | | | | | | | | | |
| Account 2 | | | | | | | | | | | |
| **John C. Sasse** | **3/11/2024** | **180** | **$54.7500** | **($9,855)** | | **0** | | **$0** | **180** | **$2,664** | **($7,191)** |
| | | | | | | | | | | | |
| Account 3 | | | | | | | | | | | |
| John C. Sasse | 12/5/2023 | 1,000 | $33.0500 | ($33,050) | | | | | | | |
| John C. Sasse | 12/7/2023 | 1,000 | $33.0500 | ($33,050) | | | | | | | |
| John C. Sasse | 12/7/2023 | 500 | $33.0100 | ($16,505) | | | | | | | |
| John C. Sasse | 12/8/2023 | 500 | $33.9000 | ($16,950) | | | | | | | |
| John C. Sasse | 12/8/2023 | 500 | $34.0000 | ($17,000) | | | | | | | |
| John C. Sasse | 12/8/2023 | 150 | $33.8500 | ($5,078) | | | | | | | |
| John C. Sasse | 12/13/2023 | 350 | $35.1500 | ($12,303) | | | | | | | |
| John C. Sasse | 12/19/2023 | 350 | $38.0700 | ($13,325) | | | | | | | |
| John C. Sasse | 12/28/2023 | 150 | $43.3500 | ($6,503) | | | | | | | |
| John C. Sasse | 12/29/2023 | 100 | $41.9000 | ($4,190) | | | | | | | |
| John C. Sasse | 12/29/2023 | 100 | $41.9500 | ($4,195) | | | | | | | |
| John C. Sasse | 1/2/2024 | 100 | $41.0400 | ($4,104) | | | | | | | |
| John C. Sasse | 1/2/2024 | 100 | $41.2500 | ($4,125) | | | | | | | |
| John C. Sasse | 1/8/2024 | 100 | $43.7500 | ($4,375) | | | | | | | |

*Avg Closing Prices from May 15, 2025 to August 12, 2025

**Biohaven Ltd. (BHVN)**
**Class Period: March 24, 2023 to May 14, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $14.8026 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| John C. Sasse | 1/10/2024 | 200 | $46.4500 | ($9,290) | | | | | | | |
| John C. Sasse | 1/10/2024 | 200 | $46.7500 | ($9,350) | | | | | | | |
| John C. Sasse | 1/10/2024 | 100 | $46.2500 | ($4,625) | | | | | | | |
| John C. Sasse | 1/10/2024 | 100 | $46.6500 | ($4,665) | | | | | | | |
| John C. Sasse | 1/11/2024 | 200 | $44.5000 | ($8,900) | | | | | | | |
| John C. Sasse | 1/11/2024 | 100 | $43.9200 | ($4,392) | | | | | | | |
| John C. Sasse | 1/17/2024 | 100 | $43.0500 | ($4,305) | | | | | | | |
| John C. Sasse | 1/24/2024 | 100 | $45.9500 | ($4,595) | | | | | | | |
| John C. Sasse | 1/24/2024 | 100 | $46.4500 | ($4,645) | | | | | | | |
| John C. Sasse | 1/24/2024 | 100 | $46.7500 | ($4,675) | | | | | | | |
| John C. Sasse | 2/2/2024 | 70 | $43.2000 | ($3,024) | | | | | | | |
| John C. Sasse | 2/20/2024 | 30 | $48.0000 | ($1,440) | | | | | | | |
| John C. Sasse | 2/26/2024 | 100 | $45.0500 | ($4,505) | | | | | | | |
| John C. Sasse | 3/6/2024 | 50 | $57.0000 | ($2,850) | | | | | | | |
| John C. Sasse | 3/6/2024 | 50 | $57.5000 | ($2,875) | | | | | | | |
| John C. Sasse | 3/8/2024 | 30 | $57.0000 | ($1,710) | | | | | | | |
| John C. Sasse | 3/21/2024 | 65 | $56.2500 | ($3,656) | | | | | | | |
| John C. Sasse | 4/2/2024 | 55 | $50.5500 | ($2,780) | | | | | | | |
| John C. Sasse | 4/17/2024 | 25 | $42.0500 | ($1,051) | | | | | | | |
| John C. Sasse | 4/19/2024 | 25 | $40.3000 | ($1,008) | | | | | | | |
| John C. Sasse | 4/19/2024 | 25 | $40.3200 | ($1,008) | | | | | | | |
| John C. Sasse | 11/15/2024 | 50 | $46.0000 | ($2,300) | | | | | | | |
| John C. Sasse | 11/15/2024 | 8 | $45.1000 | ($361) | | | | | | | |
| **John C. Sasse** | | **6,883** | | **($262,761)** | | **0** | | **$0** | **6,883** | **$101,886** | **($160,875)** |
| | | | | | | | | | | | |
| Account 4 | | | | | | | | | | | |
| **John C. Sasse** | **4/15/2024** | **200** | **$44.7500** | **($8,950)** | | **0** | | **$0** | **200** | **$2,961** | **($5,989)** |

*Avg Closing Prices from May 15, 2025 to August 12, 2025