## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAYLA TAYLOR, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BIOHAVEN LTD., VLAD CORIC, and MATTHEW BUTEN, <br><br> Defendants. | Case No. 3:25-cv-01120-VAB |

**ORDER GRANTING CONSENTED-TO JOINT MOTION FOR EXTENSION OF TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT <u>AND TO VACATE PRE-TRIAL DEADLINES</u>**

WHEREAS Defendants Biohaven Ltd. ("Biohaven"), Vlad Coric, and Matthew Buten (together, "Defendants") and Plaintiff Kayla Taylor ("Plaintiff" and, with Defendants, the "Parties"), by and through their counsel, have filed a Motion for Extension of Time for All Defendants to Respond to the Complaint and to Vacate Pre-Trial Deadlines ("Joint Motion");

WHEREAS Defendants agreed to waive service of the Summons and Complaint in the above-captioned action and any defense based upon the sufficiency of service of process;

WHEREAS good cause exists for the requested extension;

**IT IS HEREBY ORDERED** that the Parties' Joint Motion is **GRANTED** and the following schedule shall govern this action:

1. Defendants need not answer, move, or otherwise respond to the initial Complaint (ECF No. 1).

2. Within fourteen days of entry of an Order appointing lead plaintiff and approving lead counsel, lead counsel and counsel for all Defendants shall meet and confer and submit to the

-2-

Court a proposed schedule for the filing of a consolidated or amended complaint and Defendants' responses thereto.

3. All associated pretrial deadlines, including the deadline to file a motion relating to joinder of parties or amendment of the pleadings, and requirements set forth in D. Conn. Local Rule 26(f), including the deadline to file a meeting report pursuant to Federal Rule of Civil Procedure 26, are vacated and shall be reset after the Court has an opportunity to rule on Defendants' anticipated motion(s) to dismiss.

4. Defendants hereby waive service of the Summons and Complaint in this action and any defense based upon the sufficiency of service of process, provided, however, that no other defense of any of the Defendants to the claims in the Action, including but not limited to defenses based upon lack of personal or subject matter jurisdiction, lack of standing, improper venue or a defendant having been improperly named, is prejudiced or waived by this Order, or by the agreement to accept service of the Summons and Complaint.

**So ordered** on this 21th day of October, 2025.

    /s/ Victor A. Bolden
Victor A. Bolden
United States District Judge

-2-