**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date 11/2/26

TAYLOR

Vs.

BIOHAVEN LTD ET AL.

BKY Appellant ____________

BKY Appellee ____________

BKY case # ____________

Start Time 10:45 a.m. End Time 11:36 a.m.

Recess (if more than ½ hr) ________ to ________

Total Time ________ hour(s) 51 minute(s)

Case # 3:25-cv-01120-VAB

Honorable Judge Victor A. Bolden

Deputy Clerk Frances Velez

Counsel for Pla(s) Tamar A Weinrib

Counsel for Dft(s) Brian T. Frawley

Reporter/Courtsmart Heather Ireland

Interpreter ____________

Language ____________

Hearing held

☑ in person ☐ by video ☐ by telephone

---

**HEARING AND TIME**

| | | |
|---|---|---|
| ■ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: ____________ ____ |

**MOTIONS**

■ Motion 45 to Dismiss Amended Class Action Complaint filed by ☐ Pla ■ Dft ☐ granted ☐ denied ■ taken under advisement

☐ Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due ____________ ☐ Proposed Findings due ____________ Response due ____________

☐ Status report due ____________

☐ Hearing continued until ____________ at ____________

**NOTES**

Rev. 2/11/26